KAREN P. HEWITT
United States Attorney
JOSEPH K. WHEATLEY
Special Assistant United States Attorney
Trial Attorney, U.S. Department of Justice
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6882 c/o Stephanie Delgadillo
Email Joe.Wheatley@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-03241-JM |
| Plaintiff, ) | |
| v. ) | NOTICE OF APPEARANCE |
| GEORGE LEE, ) | |
| Defendant. ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Gavin Corn, SAUSA,** Gavin.Corn@usdoj.gov

**Robert Tully, SAUSA**, Robert.Tully@usdoj.gov

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: December 10, 2007.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ Joseph K. Wheatley
    _____
    JOSEPH K. WHEATLEY
    Special Assistant United States Attorney
    Trial Attorney, U.S. Department of Justice
    Attorneys for Plaintiff
    United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-03241-JM |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| GEORGE LEE, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. None**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1. Douglas Brown; 225 Broadway; Suite 2200; San Diego, CA 92101-5009**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007.

s/ Joseph K. Wheatley  
JOSEPH K. WHEATLEY

3