UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-03241-JM |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| GEORGE LEE, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. George Michael Lee</u>, Criminal Case No. 07-CR-1312-JAH.

DATED: December 10, 2007.

                                                  Respectfully submitted,

                                                  KAREN P. HEWITT
                                                  United States Attorney

                                                  <u>s/ Joseph K. Wheatley</u>

                                                  JOSEPH K. WHEATLEY
                                                  Special Assistant U.S. Attorney
                                                  Trial Attorney, U.S. Department of Justice